## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                              )
                                    )          CASE NO. 20 B 20350
Jeanette Lipscomb,                  )
                                    )          HON.  Timothy A. Barnes
                                    )          CHAPTER 13
DEBTOR.                             )

## <u>NOTICE OF MOTION</u>

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via
      electronic court notification;

      See attached service list.

      Please take notice that on August 19, 2021, at 1:30 p.m. I shall appear before the Honorable
Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to modify plan,
a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No
personal appearance in court is necessary or permitted. To appear and be heard on the motion, you
must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then
enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – no password
required. The meeting ID and further information can also be found on Judge Thorne's web page
on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection
is timely filed, the motion will be called on the presentment date. If no Notice of Objection is
timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 23, 2021.

/s/ *Megan Swenson* ___
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

Label Matrix for local noticing
0752-1
Case 20-20350
Northern District of Illinois
Eastern Division
Tue Jul  6 11:29:03 CDT 2021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Advocate Medical Group
PO Box 92523
Chicago, IL 60675-2523

Aes/Suntrust Bank
PO BOX 61047
HARRISBURG, PA 17106-1047

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Ashro
3650 Milwaukee St
Madison, WI 53714-2304

Aurora Medical Group, INC
PO Box 1123
Minneapolis, MN 55440-1123

Bach Law Offices
P.O. Box 1285
Attn: Paul M. Bach
Northbrook, IL 60065-1285

Chicago Orthopaedics and Spor
3000 N Halsted St
Chicago, IL 60657-9269

City Of Chicago Ems
33589 Treasury Center
Chicago, IL 60694-3500

City Of Chicago Water Department
333 S State, Suite 300
Chicago, IL 60604-3982

City of Chicago Department of Law-Bankruptcy
121 N La Salle St.,
Suite 400
Chicago, Illinois - IL 60602-1264

Cmre Financial Services
3075 E Imperial Hwy #200
Brea, CA 92821-6753

Cook County Treasurer
118 N. Clark Street, Room 434
Chicago, IL 60602-1413

Cook County Treasurer's Office
118 N. Clark St. Room 112
Property Tax
Chicago, IL 60602-1332

Credit One Bank Na
P.O. Box 98875
Las Vegas, NV 89193-8875

Dominican University
7900 Division St
River Forest, IL 60305-1099

Interstate Funding Corp
820 Church St
Evanston, IL 60201-5603

Loretto Hospital
645 S. Central Avenue
Chicago, IL 60644-5059

Marian Ortho And Rehab
PO Box 1246
Bedford Park, IL 60499-1246

Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Merchants Credit Guide
223 W Jackson Blvd # 700
Chicago, IL 60606-6914

Midland Funding
P.O. Box 51319
Los Angeles, CA 90051-5619

Midland Funding LLC
P.O. Box 2011
Warren MI 48090-2011

Monroe And Main
PO Box 2840
Monroe, WI 53566-8040

Mri Lincoln Imaging
4200 West 63rd Street
Chicago, IL 60629-5010

Nationwide Credit & Collection, Inc
PO Box 505
Linden, MI 48451-0505

Op West Suburban Eye Associates Llc
1 Erie Ct
Oak Park, IL 60302-2566

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

Us Dept Of Ed/Glelsi
2401 Internal Lane
Attn: Chhengre Lim
Madison, WI 53704-3121

West Suburban Medical Center
3 Erie Ct
Oak Park, IL 60302-2599

Alexander P Nohr
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Jeanette Lipscomb
1617 N Linder Ave
Chicago, IL 60639-4201

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Thomas E Nield
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Applied Bank
4700 Exchange Cour
Boca Raton, FL 33431

State Collection Service, Inc
2509 S Stoughton Rd
Madison, WI 53716

End of Label Matrix
Mailable recipients     37
Bypassed recipients      0
Total                   37

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 20350 |
| Jeanette Lipscomb, | ) | |
| | ) | HON.  Timothy A. Barnes |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**<u>MOTION TO MODIFY PLAN</u>**

NOW COMES the Debtor, Jeanette Lipscomb, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On November 17, 2020, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On April 1, 2021, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $1,060.00 monthly for 36 months.

5. Debtor's father and son, who were providing voluntary household contributions in the amount of $700.00 per month, moved out and are no longer contributing to Debtor's household.

6. Debtor's only source of income is her social security disability and her husband's income.

7. As a result of this change in household income, Debtor fell behind on plan payments and is unable to catch up.

8.  Debtor can move forward with the plan if payments are decreased to $960.00, and the default is deferred to the end of the plan.

9.  Debtor is in a position to make regular and ongoing trustee payments, if the payments are lowered to $960.00 per month.

10. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

11. Debtor further requests this Honorable Court to decrease the current Chapter 13 plan payment to $960.00 per month to ensure feasibility.

12. Debtor is in a position to proceed with the instant case.

13. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A.  That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B.  That this Honorable Court enter an Order decreasing the current Chapter 13 plan payment to $960.00 per month; and

C.  For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Megan Swenson*
***Attorney for Debtors***
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625